Commonwealth *v.* Preston, Appellant.

Before

SHUGHART, P. J.

Submitted June 10, 1974. *John B. Fowler, III,* and *Garber, Fowler & Addams,* for appellant; *Kevin A. Hess,* for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Prince, Appellant.

Before DOTY, J.

Submitted June 18, 1974. *Daniel V. Walls* and *John W. Packel,* Assistant Defenders, *Dennis Kelly,* Deputy Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman, Maxine J. Stotland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Rauser, Appellant.

Before BROWN, J.

Submitted June 10, 1974. *Menno B. Rohrer,* for appellant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Order affirmed.